

ANGINO & ROVNER, P.C.
Richard C. Angino (pro hac vice)
4503 North Front Street
Harrisburg, Pennsylvania 17110
Telephone: (717) 238-6791
Facsimile: (717) 238-5610

John W. Howard, Esq. (State Bar No. 80200)
J W Howard Attorneys
625 Broadway, Suite 1206
San Diego, CA 92101
Telephone: (619) 234-2842
Facsimile: (619) 234-1716
Attorneys for Plaintiffs C. DELORES TUCKER and WILLIAM TUCKER

IRELL & MANELLA LLP
Steven A. Marenberg (State Bar No. 101033)
Perry M. Goldberg (State Bar No. 168976)
Theodore H. Frank (State Bar No. 196332)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Attorneys for Defendants DAVID KENNER, GLENN SHUBB, GEOFFREY THOMAS, JUDITH KLINE and BELINDA OREM

P Send

ORIGINAL

FILED
2001 JUL 30 PM 12:24
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

ENTERED CLERK, U.S. DISTRICT COURT AUG 1 2001 8-1-01 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| C. DELORES TUCKER and WILLIAM TUCKER, her husband,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID KENNER, GLENN SHUBB, GEOFFREY THOMAS, JUDITH KLINE, BELINDA OREM, JACK PALLADINO and PAUL PALLADINO,<br><br>Defendants. | ) | 99-6129 RMT<br>Case No. ~~CV-00-3902 CM~~ (SHx)<br><br>STIPULATION OF DISMISSAL RE DEFENDANTS BELINDA OREM, JUDITH KLINE AND GLENN SHUBB<br><br>Fed. R. Civ. P. 41(a)(1)<br><br>JUDGE: Hon. Robert M. Takasugi |

✓ Docketed
✓ Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

JUL 31 2001

All of the appearing parties in the above-referenced action, by and through their respective undersigned counsel of record, hereby stipulate as follows:

The Complaint (including all causes of action that were brought or could have been brought therein) by Plaintiffs C. Delores Tucker and William Tucker, against defendants Belinda Orem, Judith Kline, and Glenn Shubb, is hereby dismissed, with prejudice as to these defendants.

Dated: July 27, 2001

ANGINO & ROVNER, P.C.
JOHN W. HOWARD, ESQ.

By: ____________________
Richard C. Angino
Attorneys for Plaintiffs C. Delores Tucker and William Tucker

Dated: July 26, 2001

IRELL & MANELLA LLP

By: ____________________
Steven A. Marenberg
Attorneys for Defendants Geoffrey Thomas, Belinda Orem, Judith Klein, David Kenner and Glenn Shubb

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276.

On July 30, 2001, I served the foregoing document described as **STIPULATION OF DISMISSAL RE DEFENDANTS BELINDA OREM, JUDITH KLINE AND GLENN SHUBB** on each interested party, as follows:

Richard C. Angino, Esq.
Angino & Rovner, P.C.
4503 North Front Street
Harrisburg, PA 17110

David E. Kenner, Esq.
16633 Ventura Boulevard
Suite 1030
Encino, CA 91436-1861

John W. Howard, Esq.
John W. Howard Law Offices
625 Broadway
Suite 1206
San Diego, CA 92101

[X] (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Irell & Manella LLP, Los Angeles, California. I am readily familiar with Irell & Manella LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on July 30, 2001, at Los Angeles, California.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Debi Del Grande
(Type or print name)

(Signature)