JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM TUCKER, individually and as personal representative for the Estate of C. Delores Tucker, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID KENNER, et al. <br><br> Defendants. | Case No. CV 99-06129-RMT <br><br> JUDGMENT |

On July 17, 2008, this court having granted the motion for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure brought by defendant DAVID KENNER,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff WILLIAM TUCKER, as personal representative for the Estate of C. Delores Tucker, shall have and recover nothing by way of the complaint herein.

Dated: July 24, 2008

_____
ROBERT M. TAKASUGI
United States Sr. District Judge