**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM TUCKER, individually and as personal representative for the Estate of C. Delores Tucker,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>DAVID ELLIOT KENNER, Attorney; et al.,<br><br>   Defendants - Appellees. | No. 08-56660<br><br>D.C. No. 2:99-cv-06129-RMT-CT<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 2 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: PREGERSON, RIPPLE,* and GRABER, Circuit Judges.

Pursuant to the stipulation of the parties, this case is removed from the November 1, 2010, Pasadena calendar, and this appeal is DISMISSED with prejudice. Fed. R. of App. P. 42(b). The parties shall bear their own costs on appeal.

This order shall serve as the mandate of this court.

---

 * The Honorable Kenneth F. Ripple, Senior United States Circuit Judge for the Seventh Circuit, sitting by designation.